IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BERNARD WHITE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4298

Opinion filed September 5, 2017.

An appeal from the Circuit Court for Duval County.
Mallory D. Cooper, Judge.

Andy Thomas, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.


**ON REMAND FROM THE SUPREME COURT OF FLORIDA**

PER CURIAM.

In accordance with instructions from the Florida Supreme Court, this cause is remanded for resentencing in conformance with sections 775.082, 921.1401, and 921.1402, Florida Statutes. See Kelsey v. State, 206 So. 3d 5 (Fla. 2016).

ROBERTS, KELSEY, and M.K. THOMAS, JJ., CONCUR.